THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v AN-THONY PERKINS, Appellant.

Submitted August 10, 2015; decided August 27, 2015

Motion for assignment of counsel granted and Lynn W.L. Fahey, Esq., Appellate Advocates, 111 John Street, 9th Floor, New

York, NY 10038 assigned as counsel to the appellant on the appeal herein.